UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| YASIR MEHMOOD,<br><br>              Petitioner,<br><br>       v.<br><br>RYAN GARCIA, et al.,<br><br>              Respondents. | No.  1:15-cv-01585-DAD-MJS (HC)<br><br><u>ORDER REISSUING THE MAGISTRATE JUDGE'S JANUARY 25, 2016 FINDINGS AND RECOMMENDATIONS</u><br><br>(Doc. No. 4) |

      Plaintiff Yasir Mehmood, proceeding *pro se*, filed this petition for writ of habeas corpus on October 16, 2015.  (Doc. No. 1.)  On January 25, 2016, the assigned magistrate judge issued findings and recommendations recommending that the pending petition for writ of habeas corpus be dismissed.  (Doc. No. 4.)  Those findings and recommendations contained notice that any written objections were due within thirty days after service.  (*Id*. at 4.)  No objections were filed.

      However, on January 27, 2016, the court received a notice of change of address from petitioner indicating that he had been transferred at that his new address of record had changed to "Nevada Southern Detention Center, 2190 E. Mesquite Ave., Pahrump, NV 89060." Accordingly, in order to ensure the petitioner received proper notice, the court will order that the January 25, 2016 findings and recommendations be re-served on petitioner and will grant him leave to file written objections, if any, to the findings and recommendations within fourteen days of their re-service upon him at his current address of record.

1

For the reasons set forth above:

1) The Clerk of the Court is directed to re-serve the January 25, 2016 findings and recommendations (Doc. No. 4) on petitioner at his new address of record:

> Nevada Southern Detention Center
> 2190 E. Mesquite Ave
> Pahrump, NV 89060

2) Petitioner will be granted fourteen days from the date of re-service of the findings and recommendations in which to file his written objections, if any to the findings and recommendations.

IT IS SO ORDERED.

Dated:  **April 4, 2016**

UNITED STATES DISTRICT JUDGE